FILED

05/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0191

## IN THE SUPREME COURT FOR THE STATE OF MONTANA

### No. DA 23-0191

IN THE MATTER OF:

SH,

A Youth In Need Of Care.

## ORDER

Upon consideration of Mother and Appellant's Motion For Extension Of Time (First), and with good cause shown, Mother and Appellant C.D.H. is hereby granted an extension of time until July 7, 2023 in which to prepare, file and serve Mother and Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 26 2023